IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Richmond Division**

| | |
|---|---|
| DARLENE GIBBS, STEPHANIE EDWARDS, LULA WILLIAMS, PATRICK INSCHO, and LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> PLAIN GREEN, LLC, and GREAT PLAINS LENDING, LLC, <br><br> Defendants. | Civil Action No. 3:17-cv-495-MHL |

## BRIEF IN SUPPORT OF JOINT MOTION FOR LEAVE TO ENLARGE PAGE LIMITS

Plaintiffs and Defendant Plain Green, LLC jointly request leave to enlarge by fifteen (15) pages the page limits set forth in Local Rule of Civil Procedure 7(F)(3) for Plain Green's forthcoming Motion to Dismiss the Complaint or, in the Alternative, to Compel Arbitration. *See* E.D. Va. Local Rule Civ. P. 7(F)(3) ("[E]xcept for good cause shown in advance of filing, opening and responsive briefs" shall not exceed thirty (30) pages).

The Parties respectfully submit that there is good cause to enlarge the page limits because the Complaint raises a number of complex and fact-specific issues, including, *inter alia*, Plain Green's status as a sovereign arm of a federally recognized Indian tribe (the Chippewa Cree Tribe of the Rocky Boy's Reservation, Montana) and the enforceability of various provisions of the loan agreements entered into between Plain Green and certain Plaintiffs. The Parties and Court would therefore benefit from full and complete treatment of these issues.

Accordingly, Plaintiffs and Plain Green jointly request an enlargement of the page limit to forty-five (45) pages for Plain Green's forthcoming Motion to Dismiss the Complaint or, in the Alternative, to Compel Arbitration and Plaintiffs' response thereto.

Dated:  September 15, 2017

/s/ Kristi C. Kelly
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

and

Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Elizabeth W. Hanes, Esq., VSB #75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

*COUNSEL FOR PLAINTIFFS*

/s/ Richard J. Zack
Richard J. Zack (*admitted pro hac vice*)
Francis A. Weber (*admitted pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
Email: zackr@pepperlaw.com
weberf@pepperlaw.com

and

/s/ Matthew D. Foster
Matthew D. Foster (VSB 72130)
PEPPER HAMILTON LLP
600 14th Street, NW, Suite 600
Washington, DC  20005
Telephone:  (202) 220-1200
Facsimile:  (202) 220-1665
fosterm@pepperlaw.com

and

Joseph F. Halloran (*admitted pro hac vice*)
Jeffrey K. Holth (*admitted pro hac vice*)
Jacobson, Magnuson, Anderson & Halloran P.C.
180 East 5th Street
Suite 940
St. Paul, MN 55101
Email : jhalloran@thejacobsonlawgroup.com
jholth@thejacobsonlawgroup.com

*ATTORNEYS FOR DEFENDANT PLAIN GREEN, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties of record.

By: */s/ Matthew Foster*
Matthew D. Foster (VSB 72130)
PEPPER HAMILTON LLP
600 14th Street, NW, Suite 600
Washington, DC  20005
Telephone:  (202) 220-1200
Facsimile:  (202) 220-1665
fosterm@pepperlaw.com

*Counsel for Defendant Plain Green, LLC*