# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| DARLENE GIBBS, STEPHANIE EDWARDS, LULA WILLIAMS, PATRICK INSCHO, and LAWRENCE MWETHUKU, *on behalf of themselves and all individuals similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> PLAIN GREEN, LLC, and GREAT PLAINS LENDING, LLC, <br><br> Defendants. | Civil Action No. 3:17-cv-495-MHL |

## PLAIN GREEN, LLC'S MOTION TO DISMISS THE COMPLAINT WITHOUT LEAVE TO AMEND OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION

For the reasons set forth in the accompanying memorandum of law, Defendant Plain Green, LLC, by its undersigned attorneys, moves to dismiss Plaintiffs' Complaint without leave to amend, or, in the alternative, to compel arbitration. A proposed order is attached hereto.

Dated: September 19, 2017

*/s/ Richard J. Zack*
Richard J. Zack (*admitted pro hac vice*)
Francis A. Weber (*admitted pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
Email: zackr@pepperlaw.com
weberf@pepperlaw.com

and

*/s/ Matthew D. Foster*
Matthew D. Foster (VSB 72130)
PEPPER HAMILTON LLP
600 14th Street, NW, Suite 600
Washington, DC  20005
Telephone:  (202) 220-1200
Facsimile:  (202) 220-1665
fosterm@pepperlaw.com

and

Joseph F. Halloran (*admitted pro hac vice*)
Jeffrey K. Holth (*admitted pro hac vice*)
Jacobson, Magnuson, Anderson & Halloran P.C.
180 East 5th Street
Suite 940
St. Paul, MN 55101
Email : jhalloran@thejacobsonlawgroup.com
jholth@thejacobsonlawgroup.com

*ATTORNEYS FOR DEFENDANT PLAIN GREEN, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties of record.

By: <u>*/s/ Matthew Foster*</u>
Matthew D. Foster (VSB 72130)
PEPPER HAMILTON LLP
600 14th Street, NW, Suite 600
Washington, DC  20005
Telephone:  (202) 220-1200
Facsimile:  (202) 220-1665
fosterm@pepperlaw.com

*Counsel for Defendant Plain Green, LLC*