IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| DARLENE GIBBS, *et al., on behalf of themselves and all others similarly situated,* | | |
| | Plaintiffs, | |
| v. | | Case No: 3:17-cv-00495-MHL |
| PLAIN GREEN, LLC. *et al*, | | |
| | Defendants. | |
| TAMARA PRICE, *et. al., on behalf of themselves and all others similarly situated,* | | |
| | Plaintiffs, | |
| v. | | Case No: 3:18-cv-711-MHL |
| MOBILOANS, LLC, | | |
| | Defendant. | |
| DARLENE GIBBS, *et al., on behalf of themselves and all others similarly situated,* | | |
| | Plaintiffs, | |
| v. | | Case No: 3:18-cv-00654-MHL |
| MARK CURRY, *et al*, | | |
| | Defendants. | |

**PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Darlene Gibbs, Stephanie Edwards, Lula Williams, Patrick Inscho, Isabel DeLeon, Tamara Price, Sherry Blackburn, George Hengle, Regina Nolte, Sharon Burney, Chastity McNeil and Lawrence Mwethuku, for themselves and the Settlement Class Members, by Counsel,

hereby moves the Court for Final Approval of the Class Action Settlement. A Memorandum in Support will be filed contemporaneously with this Motion.

Respectfully submitted,
**PLAINTIFFS**

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Elizabeth W. Hanes, Esq., VSB #75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, Esq., VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com